IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY T. CARRILLO,

      Plaintiff,                              No. 2:12-cv-1077 KJM DAD P

    vs.

TIM V. VIRGA,

      Defendant.                     FINDINGS AND RECOMMENDATIONS

                                      /

          On May 9, 2012, the court ordered plaintiff to file a complaint and submit an application to proceed in forma pauperis or the filing fee in the amount of $350.00 within thirty days. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not filed a complaint or submitted an application to proceed in forma pauperis or the filing fee.

          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

          These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: June 21, 2012.

                                                      */s/ Dale A. Drozd*
                                                      DALE A. DROZD
7  DAD:9                                         UNITED STATES MAGISTRATE JUDGE
   carr1077.noc